UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  03-018 |
| v. | * | SECTION: "C" |
| KATHRYN L. KTISTAKIS | * | MAGISTRATE: 3 |

\* \* \*

UNITED STATES'S MOTION AND INCORPORATED MEMORANDUM
TO DISMISS INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Trial Attorneys, and respectfully moves this Court for leave to dismiss the indictment against defendant Kathryn Ktistakis.  This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and is made for the following reasons:

On January 23, 2003, a grand jury indicted Lucas and Kathryn Ktistakis for conspiring to impair and impede the Internal Revenue Service, in violation of 18 U.S.C. § 371, as well as willfully filing false tax returns with regard to the couple's jointly-filed individual income tax returns for tax years 1995-1997, in violation of 26 U.S.C. § 7206(1).

In late February 2013, Lucas Ktistakis was arrested in Frankfurt, Germany on an Interpol Red Notice, as he attempted to transit Germany. He refused to waive extradition in Germany, and was returned to the United States on August 29, 2013. On October 2, 2013, Mr. Ktistakis entered a plea of guilty to Count 4 of the indictment (filing a false tax return for 2007). On January 15, 2014, Mr. Ktistakis was sentenced to time served and ordered released.

Mrs. Ktistakis is currently 71 years old and lives in Greece with her husband. Given the foregoing facts, Mr. Ktistakis's guilty plea to the tax fraud, and developments in the evidence, the government believes that the interests of justice would be best served by dismissing the indictment against defendant Kathryn Ktistakis.

WHEREFORE, the government requests that this motion be granted allowing the government to dismiss the pending criminal indictment against the defendant Kathryn Ktistakis.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

TAMARA W. ASHFORD
ACTING ASSISTANT ATTORNEY GENERAL


 /s/Hayden M. Brockett
HAYDEN M. BROCKETT
TODD A. ELLINWOOD
Trial Attorneys
Department of Justice, Tax Division
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3048

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

      /s/ Hayden M. Brockett
HAYDEN M. BROCKETT
Trial Attorney
Department of Justice, Tax Division