UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 03-018 |
| v. | * | SECTION: C |
| KATHRYN KTISKAKIS | * | |

\* \* \*

## ORDER

Considering the United States's Motion and Incorporated Memorandum to Dismiss Indictment, and for good cause shown,

**IT IS ORDERED** that the indictment against Kathryn Ksitakis be and hereby is DISMISSED.

New Orleans, Louisiana, this   30th   day of   June  , 2014.

_____
HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE